# EXHIBIT D

4/19/23, 12:47 PM                    Beware Moovert! How regular scammers churn out "geniuses" and bred for the EB-1A talent visa | Rubic.us

Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 2 of 11

 rubic

 SUBSCRIBE 

home  >  Immigration  >  Beware Moovert! Like another scam...

NATA POLYNKOVA    FEBRUARY 8, 2023

# Beware Moovert! How regular scammers churn out "geniuses" and bred for the EB-1A talent visa



**How to make money on someone else's talent, if it doesn't even exist? It is smart to play on the fear of visa refusal, promise 100% assistance and a guarantee of success, and keep silent about some problems with the law that can seriously "damp" your talent in the USA.**

What kind of schemes immigration "helpers" of all stripes and nationalities do not come up with. Impostors specializing in pumping money out of those who want to leave for the USA breed with terrible force: **"Bridge to the USA"** , Teach BK, "Veritas", **Mil Mujeres** , etc. Having no licenses to provide immigration services, they promise refugees on the Mexican border a "legal" path to the United States, guarantors for money and guarantees. **Fraudsters, of course, face jail, as have a couple of Russians with a lot of cash who were collecting money from refugees in Tijuana** and

several immigration scam lawyers have already been arrested . But while your "helpers" are being hunted by American intelligence agencies, they are emptying the pockets of hundreds of clients.

Rubik has repeatedly talked about various companies and funds that actively advertise their services as immigration assistants, but in fact are fraudsters. This time, our attention was drawn to an advertisement for Moovert, a company specializing in EB-1A visas for talented people.



Moovert promotes immigration to the US on a talent visa. Photo: screenshot

## Opportunities for talent in the US

America loves talent. If you are a famous musician, an outstanding scientist, an artist, and you can prove it, the USA will gladly take you into its arms. You don't need an appropriate education and an employer, or a lottery, there are no time limits for submitting documents and a field of activity. In addition, having received approval, you can not immediately go, but use it in a year or two.

**There are 2 types of "privileged" visas for talented people:**

- **EB-1A** - Suitable for talent in 5 categories: business, science (researchers), arts (singers, artists, actors, musicians), sports and education. For this visa, you must be among the best in your field, be famous in the country and provide awards, titles, etc.

**Immigration lawyers say** that now there are long queues for this visa, and outside the United States it is a very long time to wait for an invitation to an interview in a third country. There were a lot of failures in this program last year.

- If you are a very narrow specialist in your subject, you can apply for permission "in the interests of the United States" (National interest waiver) on an **EB-2 visa.** Here you need education, at least 5 years of experience, to prove the uniqueness and development prospects in the United States. There is currently a queue for this category as there are many applications.

The percentage of positive responses for talent visas is quite high - 82%. Thus, for talented people, the path to the United States is easier and more promising than for ordinary people. And it is this fact that attracts scammers so much.

## Will they make talent out of anyone?



What is offered to you in advertising may be very different from the services prescribed in the contract. Photo: screenshot

"Immigrate to the US on a Talent Visa" is the slogan of Moovert services. The **site** offers a support program for compiling a petition for a visa on a talent case.

Those who doubt their own talent are invited to take a test, at the end of the test - be sure to indicate your data. Of the countries indicated in the selection - Russia, Kazakhstan, Belarus, Georgia and other post-Soviet republics, but Ukraine is not among them. In fact, this test simply swindles your contacts.

I decided to test my chances. After answering all questions of the test in the negative, but "agreeing" to spend $3,000 to help me complete the case, by some miracle I scored 17 points!

4/19/23, 2:47 PM  Beware Moovert! How regular scammers stamp out "geniuses" and cheat on talent visa | Rubic us

Case 2:23-cv-14056-KMM  Document 18-4  Entered on FLSD Docket 04/19/2023  Page 5 of 11



The answers to the test questions clearly make it clear that the applicant has zero chances of obtaining a talent visa. Photo: screenshot

> "More than 85% of respondents get similar results the first time. This is a normal result and does NOT mean that you are not suitable, it means that there is enough documentary evidence that you are a highly qualified professional in terms of American law, "the company system made such a verdict.

And here I already almost believe that these "professionals" will be able to prove my "non-existent" talent, which is needed in the USA.

In addition, the site gives a guarantee of results - 100%! I am assured that they are ready to return the money spent on the petition support course if I do not get a visa. Here it is, an easy path to talent and the American dream! - the gullible client decides.



Do not trust those who guarantee a 100% result in obtaining a visa. Photo: screenshot

But we will be skeptics so as not to regret the wasted thousands of dollars.

4/19/23, 2:47 PM  Beware Moovert! How regular scammers stamp out "geniuses" and cheat on the EB-1A talent visa | Rubic.us

Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 6 of 11

# "Moovert" - promises and reality

The company gives a whole chain of arguments why it is better to turn to "assistants" and not to immigration lawyers. Logically, I understand that they are not immigration lawyers, although many of the team have a legal education and even specialization. Then who are these people who modestly call themselves "experts"? You will not find such a position in the list of professions.

And we remember that only licensed lawyers and employees of the US government immigration authorities are authorized to provide any immigration services.

By the way, in the section about the team of professionals, we do not find licenses, and even no mention of the right to provide immigration services in the United States.

Upon closer reading, it turns out that we are not talking about immigration services. After all, clients are offered to sign an "Agreement for the provision of additional education services", that is, "Moovert" offers … training! You will be instructed how to write a case, what to say and what evidence to provide, and check for errors. The level of instructions depends on the thickness of the wallet.

**Договор оказания услуг дополнительного образования**

г. Москва                                                                                                                                                       г.

Общество с ограниченной ответственностью "Муверт" в лице генерального директора Тыщенко Максима Андреевича, действующий на основании Устава (далее - "Исполнитель"), с одной стороны и     (далее – "Заказчик"), с другой стороны, совместно именуемые "Стороны", заключили настоящий договор о нижеследующем.

1. ПРЕДМЕТ ДОГОВОРА

1.1. Исполнитель предоставляет, а Заказчик оплачивает услуги дополнительного образования (далее по тексту "Услуги") по обучению самостоятельной подготовке иммиграционной петиции по программе EB-1A США "Правовые основы иммиграционных вопросов" (далее "Программа сопровождения"). Срок обучения в соответствии с рабочим учебным планом зависит от выбранного тарифного плана, оплаченного Заказчиком и изложенного в Приложении 1 (Спецификация).
1.2. Под образовательными Услугами в настоящем Договоре подразумеваются Услуги, указанные в Приложении 1 (Спецификация) настоящего Договора об оказании платных дополнительных образовательных услуг.
1.3. Наименование выбранного тарифного плана:

The treaty shed light on the services of "helpers". Photo: screenshot

The place of provision of services under the contract is Moscow, payment is in Russian rubles. A team of experts led by Alexander Molodin, who, according to the site, went all the way to creating a petition for an EB-1A visa, works in Russia and simply shares his experience for money.

4/19/23, 12:47 PM                                    Beware Moovert! How regular scammers stamp out "geniuses" and divorce the Talent visa | rubic.us

Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 7 of 11

> *The inner skeptic again asks the question: how can the "experts" in Moscow guarantee a 100% result in obtaining a Talent visa to move to the USA? Even if this talent is simply not there?*

And here it is important to understand what the "helpers" teach. The working methods of such agencies are well known to American law enforcement officers. Typically, they teach immigrants how to fool the US civil service, for example, by convincing it of my unique abilities. And this is a criminal case. And several fans of such "fairy tales" have already been sued, for example, this happened to **Yuri Mosha,** immigration lawyers **Yulia Grinberg** and **Ilona Dzhamgarova** .

What threatens such (as a rule, rather expensive) "criminal education" to potential clients of the agency? As soon as "intermediaries" come to the attention of the US intelligence agencies, all their clients automatically receive a "tarnished reputation." After all, if a company uses deception in its work with one client (for example, teaches me how to lie to show my genius) - where is the guarantee that your talent is not fake? And then for your own money, instead of recognizing talent in the States, you will receive a "black mark" on the immigration case.

> *And the moral is this: trust your real talent so as not to stain it on the way to the USA with the criminal talent of scammers-assistants.*

| Immigration | Moovert | EB-1A visa | talent visa | immigration Service | immigration fraud |

| deception | petition |

# More on this topic

4/19/23, 2:47 PM
Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 8 of 11
Beware Moovert: How regular scammers stamp out "geniuses" and cheat the talent visa | Rubic us



How gays immigrate to the USA: step by step instructions

Can I leave and return to the US with TPS advance parole? The Refugee Experience

Painted a portrait of the average immigrant in the United States

Starting a new life in immigration is difficult. Rubik makes this path easier. Our goal is to help immigrants succeed in the United States. To do this, we write articles, shoot videos, answer your questions, organize seminars, create a communication environment without aggression and condemnation.

More than ten people work on Rubik, and we have a lot of expenses - salaries, hosting, and so on. We don't have outside investors with ulterior motives. The project was founded and owned by journalist and immigrant Katerina Panova. Rubik lives solely on advertising revenue and audience support.

Please join our mission to help immigrants. Your contribution will be used to prepare materials that will help specific people find a job, avoid deportation, recognize scammers.

4/19/23, 12:47 PM  Beware Moovert! How regular scammers stamp out "geniuses" and breed for the vizu talant visa | Rubic.us

Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 9 of 11

SUPPORT RUBIK

Easy Returns & Free Exchanges

Birdy Grey

Shamin V Neck Crepe Bridesmaid Dress in Terracotta XXL /...

99 $

Sleek, modern and minimal is our Shamin bridesmaid dress, featuring a p...

Shop now

Most read ›

4/19/23, 2:47 PM
Beware Moovert! How regular scammers stamp genius and marry on a visa of talents – Rubicus
Case 2:23-cv-14056-KMM   Document 18-4   Entered on FLSD Docket 04/19/2023   Page 10 of 11

📊 **Statistics: Which state is the best to apply for political asylum?**

**The processing time for immigration petitions will be reduced. But default can ruin everything**

🪄**20 thousand dollars for a dream. An immigrant became a private pilot in the USA and saw a flat Earth (no)**

# We recommend ›

**My city: Chicago with business consultant Marina Bershadskaya**

**How gays immigrate to the USA: step by step instructions**

**Can I leave and return to the US with TPS advance parole? The Refugee Experience**

Rubik is about life in the USA and immigration. Support Rubik

Subscribe to editorial emails

🔥**ADVERTISING DIRECTOR - MARINA TITOVA**

+1 (858) 262 9182

Advertising on Rubik

Rubic

advertising@rubic.us

+1 (772) 333 9537

About Rubik

kp@rubic.us

US Immigration and Visa Group

Group about life and life in America

Facebook

Telegram

Instagram

YouTube

RSS

TikTok

© 2023 RUBIC.US All rights reserved