UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 2:23-cv-14056-KMM

MIL MUJERES, INC.

        Plaintiff,

vs.

RUBIC LLC and KATERYNA PANOVA

        Defendants

## NOTICE OF APPEARANCE

The undersigned attorney, Andre G. Raikhelson, of the Law Offices of Andre G. Raikhelson, hereby files this Notice of Appearance as counsel for ALL DEFENDANTS. All pleadings, records, and documentation regarding the above-styled cause are hereby requested to be furnished to the undersigned counsel at the addresses stated.

Date: May 15, 2023

Respectfully submitted,

        Law Offices of Andre G. Raikhelson, LLC.
        *Counsel for Defendant*
        7000 W Palmetto Park Road, Suite 210
        Boca Raton, FL 33433
        Telephone:     (954) 895-5566
        Primary: arlaw@raikhelsonlaw.com

        /s/ Andre G. Raikhelson
        Andre G. Raikhelson Esq.
        Bar Number: 123657

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Andre G. Raikhelson
Andre G. Raikhelson Esq.
