UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 2:23-cv-14056-KMM

MIL MUJERES, INC.

      Plaintiff,

vs.

RUBIC LLC and KATERYNA PANOVA

      Defendants

## MOTION TO CONDUCT HEARING BY ZOOM OR ALLOW TESTIMONY OF WITNESSES BY ZOOM

COMES NOW, RUBIC LLC and KATERYNA PANOVA, by and through their undersigned counsel, hereby ask this Court to allow this hearing to take place by Zoom, or in the alternative, allow for the witnesses to appear by Zoom. Defendants state the following in support:

1. Despite the Plaintiff's complaint that alleges that the Plaintiff is in Florida, and is domiciled in Florida, Defendant Panova resides in South Carolina, while the sole non-party witness for the Defendant resides in a different state.

2. Ultimately, the Court has wide discretion on how to run its Courtroom, but it is standard to allow witnesses and individuals to appear by Zoom. In fact, the Federal Rules of Civil Procedure hold as follows:

> At trial, the witnesses' testimony must be taken in open court unless a federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the Supreme Court provide otherwise. For good cause in compelling circumstances and with appropriate safeguards, the court may permit testimony in open court by contemporaneous transmission from a different location.  See Rule 43(a).

3. Under the circumstances that Defendant and her sole witness have come across because of this action brought by Plaintiff, Defendant requests that either the entire hearing be

conducted by Zoom, or that Defendant and her witness be permitted to testify by Zoom. See *Anderson v. Ivey*, No. 6:19-cv-2014-JA-GJK, 2021 U.S. Dist. LEXIS 90374 (M.D. Fla. May 12, 2021)(allowing Zoom testimony); Andrey Ermolaev v. Happy Land FL, LLC, No. 20-24480-CIV-CAN, 2022 U.S. Dist. LEXIS 89496, at *3 (S.D. Fla. May 17, 2022)(allowing Sergey Slastikhin to testify by Zoom); Hgr Constr. v. Hanover Ins. Co., No. 6:18-cv-1406-Orl-40LRH, 2020 U.S. Dist. LEXIS 260313, at *3 (M.D. Fla. Nov. 13, 2020)

**WHEREFORE, Defendants ask this Court to allow this hearing to take place by Zoom, or alternatively allow the witnesses to appear by Zoom.**

 

Law Offices of Andre G. Raikhelson, LLC.
*Counsel for Defendant*
7000 W Palmetto Park Road, Suite 210
Boca Raton, FL 33433
Telephone:    (954) 895-5566
Primary: arlaw@raikhelsonlaw.com

/s/ Andre G. Raikhelson
Andre G. Raikhelson Esq.
Bar Number: 123657

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Andre G. Raikhelson
   Andre G. Raikhelson Esq.