**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

MIL MUJERES, INC,                                       CASE NO.: 23-cv-14056-KMM

    *Plaintiff,*

v.

RUBIC, LLC and KATERYNA PANOVA,

    *Defendants.*
_____/

**NOTICE OF MEDIATOR SELECTION**

Plaintiff, Mil Mujeres, Inc., by and through the undersigned counsel, and pursuant to this Court's Scheduling Order, hereby files this Notice of the Parties' agreement to use John W. Thornton as a mediator in this Case.

    Respectfully submitted,

    **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    *Counsel for Plaintiff*
    110 Southeast Sixth Street, Suite 2600
    Fort Lauderdale, Florida 33301
    Telephone: (954) 728-1280
    Facsimile: (954) 678-4090
    E-Service: ftlemaildesig@lewisbrisbois.com

    By: *s/ David M. Robbins*
        David M. Robbins, Esq.
        Florida Bar No. 1012340
        david.robbins@lewisbrisbois.com
        aviva.pasternak@lewisbrisbois.com
        David H. Haft
        Florida Bar No.: 68992
        david.haft@lewisbrisbois.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June 2023, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record.

| | |
|---|---|
| **Mandic Law Group, PA** | **Law Offices of Andre G. Raikhelson, LLC** |
| Tamara Milosevic, Esq. | Andre G. Raikhelson, Esq. |
| 2924 Collins Ave, Suite 301 | 7000 W. Palmetto Park Rd., Suite 210 |
| Miami Beach, FL 33140 | Boca Raton, FL 33433 |
| Tel. No.: 305-904-9943 | Tel. No.: 954-895-5566 |
| Email: tamara@mandiclawgroup.com | Email: arlaw@raikhelsonlaw.com |

*s/David M. Robbins* _____
David M. Robbins, Esq.