UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCIT OF FLORIDA

MIL MUJERES, INC.,
    Plaintiff,

                                             Case No.: 2:23-CV-14056-KMM

v.

RUBIC, LLC and KATERYNA PANOVA,
    Defendant(s).
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Pursuant to S.D. Fla. L.R. 7.1 and 11.1, and Rule 4-1.16(b) of the Rules Regulating The Florida Bar, Andre G. Raikhelson, Esq. and Law Offices of Andre G. Raikhelson, LLC ("Defense Firm"). hereby file this motion to withdraw as counsel for Defendants RUBIC, LLC and KATERYNA PANOVA.

1. The Law Office of Andre G. Raikhelson, LLC have appeared in this case as Counsel for all Defendants.

2. The Defense Firms seek to withdraw pursuant to Rule 4-1.16(b)(1) of the Rules Regulating The Florida Bar permitting withdrawal when "withdrawal can be accomplished without material adverse effect on the interests of the client."

3. Undersigned counsel has, at all material times, been present in representing his clients at the sole evidentiary hearing, and there does not appear to be any evidentiary hearings scheduled in this matter.

4. However, Undersigned counsel's withdrawal is not intended to cause any delay.

1

5. The contact information for KATERYNA PANOVA, who is the manager of RUBIC, LLC. is as follows:

   a. Telephone Number: +1(772)333-9537
   b. E-mail Address: kp@rubic.us
   c. Physical Address: Unknown.

Date: August 7, 2023

By:

Andre G. Raikhelson, Esq.
*Law Offices of Andre G. Raikhelson, LLC.*
*Counsel for Defendants*
7000 W Palmetto Park Road, Suite 210
Boca Raton, Florida 33433
Tel. (954) 895-5566
Primary: arlaw@raikhelsonlaw.com

/s/ Andre G. Raikhelson, Esq.
Andre G. Raikhelson, Esq FBN: 123657

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on August 7, 2023 a true and correct copy of the foregoing was served upon counsel of record via the CM/ECF portal.

By: /s Andre G. Raikhelson, Esq.

Andre G. Raikhelson, Esq.

## **COMPLIANCE WITH MEET AND CONFER REQUIREMENT**

Undersigned counsel has met and conferred with counsel for Plaintiff by phone on August 7, 2023. Plaintiff's counsel does not oppose the motion, but asks the Court to address a deadline for Rubic, LLC. to procure new counsel as a business entity cannot appear pro se.

-       /s/ Andre G. Raikhelson, Esq.