UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-14056-Moore/McCabe

MIL MUJERES, INC.,

    Plaintiff,

v.

RUBIC, LLC and
KATERYNA PANOVA,

    Defendants.
_____/

## ORDER ON DE 71

**THIS CAUSE** comes before the Court on Defendants' Motion for Extension of Time to File Response to Interrogatories and Deadline to Obtain New Counsel ("Motion") (DE 71). Upon review of the record, the Court finds good cause to **GRANT** the Motion. The Defendants have up to and until November 13, 2023, to obtain new counsel and to file a response to Plaintiff's Interrogatories. The Court notes that Defendants did not include a certificate of conferral pursuant to S.D. Fla. L.R. 7.1(a)(3), which requires a certificate of conferral "[a]t the end of the motion, and above the signature block[.]" Defendants are instructed to first confer with the Plaintiff prior to filing future motions consistent with the Local Rule.

The Clerk shall file a Notice of Compliance on the docket that a copy of this **ORDER** was mailed to Defendants, Rubic, LLC and Kateryna Panova, pro se.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 15th day of August 2023.

_____
RYON M. MCCABE
U.S. MAGISTRATE JUDGE