UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRCIT OF FLORIDA

CIVIL ACTION No.: 2:23-CV-14056-KMM

MIL MUJERES, INC.,
Plaintiff,
v.
RUBIC, LLC and KATERYNA PANOVA,
Defendant(s).

FILED BY ___ D.C.
DEC 20 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO INTERROGATORIES**

**COMES NOW**, Defendants RUBIC, LLC and KATERYNA PANOVA, with this Motion for Extension of Time to File Response to Interrogatories, and in support thereof states the following:

1. Pending before this Court is the Plaintiff's First Set of Interrogatories defendant RUBIC LLC (and not Kateryna Panova).

2. The Answer to the Plaintiff's First Set of Interrogatories is due by December 20th, 2023 and the Judge Michael K. Moore wrote "no further extensions shall be granted absent extraordinary circumstances".

3. The defendants do not have funds to pay lawyers and were referred to volunteer attorney program by the court.

4. In October 2023 Ernst Pirre-Louis, an associate at Locke Lord, have contacted the defendant and told that he was willing to take the case pro bono. We have been corresponding and talking on the phone with Mr. Pirre-Louis for months. The defendants have sent all the documents required by the attorney, including our monthly accounting documents, witness list, contracts, insurance denial letter, etc.

Mr. Pirre-Louis told me that we are waiting on the partner to sign off and the defendants were under the impression that it was a done deal and that it will happen any day. Weeks passed and the defendants did not get an answer.

5. The defendants consider what happened ineffective assistance of council and extraordinary circumstances.

6. The defendants currently do not have other arrangements with the other council. Since the lawsuit was filed against Rubic LLC Kateryna Panova, the owner of the company, has contacted dozens of lawyers and non-profits seeking representation. Unfortunately, nobody took the case.

4. The defendants ask the court for another 90-day extension to file the response to the interrogatories because of these extraordinary circumstances. The defendants are also seeking permission to allow Kateryna Panova to represent the company in the case that no representation will be found.

**WHEREFORE**, Defendants RUBIC, LLC and KATERYNA PANOVA ask this Court to:
a. grant this motion;
b. not to dismiss the case;
c. grant a 90-day extension until March 20, 2023 to file response and obtain council.

**Certificate of Service**
I hereby certify that a copy of this document was served through email and regular mail to

United States District Court, Southern District of Florida
Attention: Intake for docketing
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

and to

MANPREET UPPAL-GUPTA
LEWIS BRISBOIS BISGAARD & SMITH, LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Email: manpreet.uppal-gupta@lewisbrisbois.com

through email and regular mail

on this 19th day of December, 2023.

Dated: December 19, 2023
Kateryna Panova

**Extremely Urgent**

This envelope is f

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

KATERYNA PANOVA
(772) 333-8537
THE UPS STORE #6087
16011-A LANCASTER HWY
CHARLOTTE NC 28277

0.2 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 19 DEC 2023

SHIP TO:
INTAKE FOR DOCKETING
SOUTHERN DISTRICT OF FL COURT
RM 8N09
400 N MIAMI AVE
MIAMI FL 33128-1805

FL 330 6-03

UPS EARLY 1+

TRACKING #: 1Z A82 9J7 15 0071 3611

BILLING: P/P

... may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relat...
... the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Exp...

100% Recycled fiber
80% Post-Consumer

