UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14056-KMM

MIL MUJERES, INC.,

     Plaintiff,

v.

RUBIC, LLC, *et ano.*,

     Defendant.

## NOTICE OF APPEARANCE AS COUNSEL

Please take notice that James M. Slater of Slater Legal PLLC appears as counsel on behalf of Defendants Rubic, LLC and Kateryna Panova. The certificate of service for all pleadings, orders, and other papers in this action should include James M. Slater at Slater Legal PLLC, 113 S. Monroe Street, Tallahassee, Florida 32301 and james@slater.legal.

Dated: January 26, 2024.

Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendants*