

Sean P. Shecter<br>
110 S.E. 6th Street, Suite 2600<br>
Fort Lauderdale, Florida 33301<br>
sean.shecter@lewisbrisbois.com<br>
Direct: 954.939.3364

February 8, 2023

**VIA CERTIFIED MAIL & E-MAIL** (Kateryna.Panova@gmail.com)

Kateryna Panova
Rubic, LLC
3410 SE Martinique Trace
103
Stuart, FL 34997

Re: **Violations of Law and Proposed Resolution**

Dear Ms. Panova:

This firm represents Mil Mujeres, Inc. Mil Mujeres Inc. is a non-profit organization that provides immigration legal services, through licensed attorneys and at affordable rates, to clients in immigration courts throughout the United States and to clients who need applications filed at U.S. Citizenship and Immigration Services. Indeed, since 2007, my client has been providing the full spectrum of direct immigration legal services to low-income individuals throughout the United States. It is very important to Mil Mujeres Inc. that those who may be in need of the immigration services it provides are able to learn about Mil Mujeres Inc. in a true and honest way, free of deception and falsity. My client is a legitimate organization, its reputation is important, and great harm can be done to its reputation by intentional, reckless, or negligent publication of false and defamatory content.

It has come to my client's attention that you, including through Rubic, LLC and on your website (www.rubic.us), have published false and defamatory materials regarding my client and its services. These publications specifically accuse my client of using fraudulent schemes in the context of helping asylum seekers. These publications also refer to my client as a "scammer" in the context of being a charitable immigration foundation. These publications are false, both substantially and materially, as my client does not engage in fraud or scams. Moreover, it is obvious that these publications appear targeted at harming my client in the eyes of my client's consumers and benefactors. Your publications constitute the most egregious form of defamation as they are false and impeach Mil Mujeres Inc. in its trade or profession.

I write in an effort to resolve this situation in a manner that avoids the confrontation and expense associated with civil litigation if at all possible. However, please be advised that my client is willing to proceed with civil litigation should that be required to protect the legal rights of Mil Mujeres Inc. The actionable defamation claims Mil Mujeres Inc. possesses against you entitle my client to

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4862-5068-5477.1

Kateryna Panova
February 8, 2023
Page 2

obtain an injunction to stop your conduct, an award of compensatory and punitive damages, and recovery of reasonable attorney's fees and costs.

    Mil Mujeres Inc. specifically demands that you and Rubic LLC immediately cease any further publication regarding Mil Mujeres Inc..  Additionally, Mil Mujeres Inc. demands that you and Rubic LLC immediately remove from your website ([www.rubic.us](www.rubic.us)) and from your social media pages and posts all false and defamatory content referring to Mil Mujeres Inc., including but not limited to the following posts or articles:

- New Scammers on US-Mexico Border:  Mil Mujeres Foundation (already threatening Rubik) ([https://rubic.us/novye-moshenniki-na-granitse-ssha-s-meksikoj-fond-mil-mujeres-uzhe-ugrozhayut-rubiku/](https://rubic.us/novye-moshenniki-na-granitse-ssha-s-meksikoj-fond-mil-mujeres-uzhe-ugrozhayut-rubiku/));

- Ilona Dzhamgarova, an immigration lawyer from Brooklyn, her husband, lawyer Artur Arkadyan, and their "case writer" pleaded guilty and will go to jail ([https://rubic.us/immigratsionnyj-advokat-iz-bruklina-ilona-dzhamgarova-ee-muzh-advokat-artur-arkadyan-i-ih-pisatel-kejsov-priznali-vinu-i-otpravyatsya-v-tyurmu/](https://rubic.us/immigratsionnyj-advokat-iz-bruklina-ilona-dzhamgarova-ee-muzh-advokat-artur-arkadyan-i-ih-pisatel-kejsov-priznali-vinu-i-otpravyatsya-v-tyurmu/));

- Running with obstacles.  The flow of refugees from Russia to the United States is increasing at a record pace ([https://rubic.us/vse-pobezhali-i-ya-pobezhal-bezhentsev-iz-rossii-v-ssha-vsyo-bolshe-rossiyane-ishhut-lazejki-pri-peresechenii-granitsy/](https://rubic.us/vse-pobezhali-i-ya-pobezhal-bezhentsev-iz-rossii-v-ssha-vsyo-bolshe-rossiyane-ishhut-lazejki-pri-peresechenii-granitsy/))

    In addition, Mil Mujeres Inc. also demands that you conspicuously place a notice on your website and social media sites and pages stating that you apologize for publishing false and defamatory content regarding Mil Mujeres Inc..

    Mil Mujeres Inc. is fully prepared to vigorously enforce its rights under the law against anyone violating its legal rights.  However, in an effort to avoid such confrontation and to provide assurances that you have ceased the illegal actions described herein, Mil Mujeres Inc. requests that you contact my Partner Philip Hinson via phone (704.926.3750) or e-mail ([philip.hinson@lewisbrisbois.com](mailto:philip.hinson@lewisbrisbois.com)) to provide the evidence necessary to demonstrate and confirm that you have removed all of the false and defamatory content by no later than 5:30 PM EST on February 10, 2023.  In the meantime, I request that you and Rubic LLC immediately cease all false and defamatory activities regarding Mil Mujeres Inc.  If I do not receive a satisfactory response from you regarding this serious matter on or before February 10, 2023, I will assume that you have elected to litigate this dispute.

    Thank you in advance for you attention to the above.  It is my hope, and the hope of Mil Mujeres Inc., that you will comply with my client's requests to avoid the confrontation associated with litigation.

Kateryna Panova
February 8, 2023
Page 3

          Very truly yours,

          */s/ Sean P. Shecter*

          Sean P. Shecter of
          LEWIS BRISBOIS BISGAARD & SMITH LLP

Kateryna Panova
February 8, 2023
Page 4

bcc: Gary Royle