UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14056-KMM

MIL MUJERES, INC.,

     Plaintiff,

v.

RUBIC, LLC, *et ano.*,

     Defendant.

## <u>DECLARATION OF JAMES M. SLATER</u>

I, James M. Slater, declare pursuant to Local Rule 7.6 as follows:

1.     My name is James Slater and I am lead counsel for Defendants Rubic, LLC and Kateryna Panova. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

2.     For several months, Defendants have sought out counsel to represent them in this case and they were permitted time to find counsel before responding to Plaintiff's discovery. [ECF Nos. 72, 81, 86].

3.     The undersigned agreed to represent Defendants in this case but has informed Defendants that he is scheduled to sit for the February 27, 2024 Georgia Attorney's Exam in Atlanta, Georgia. Defendants understand the Scheduling Order has not been modified and that trial is scheduled to commence on February 26, 2024 in Fort Pierce, Florida. [ECF No. 41].

4.     The undersigned has expended thousands of dollars in connection with his application and preparation for the examination.

5.      The undersigned is also in the process of studying for the examination and dedicating substantial time towards preparation.

6.      If required to postpone the examination, the undersigned will be required to expend additional financial resources to sit for a later examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2024.

_____
James M. Slater