UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14056-KMM

MIL MUJERES, INC.,

    Plaintiff,

v.

RUBIC, LLC, *et ano.*,

    Defendant.

## **DEFENDANT RUBIC, LLC'S NOTICE OF COMPLIANCE**

Defendant Rubic, LLC hereby provides notice that on January 29, 2024, it served, through counsel, responses to Plaintiff's First Request for Production and First Set of Interrogatories, as required by the Court's January 16, 2024 Order. [ECF No. 86].

Dated: January 29, 2024.

    Respectfully submitted,

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal

*Attorneys for Defendants*