UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 2:23-cv-14056-KMM

MIL MUJERES, INC.,

    Plaintiff,

v.

RUBIC, LLC, *et ano.*,

    Defendant.

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO AMEND AFFIRMATIVE DEFENSES**

    THIS MATTER is before the Court on Defendants' Unopposed Motion for Leave to Amend their Affirmative Defenses (the "Motion"). [ECF No. 93]. Having considered the Motion and otherwise being advised in the premises, the Motion is GRANTED. The proposed amended answer and affirmative defenses filed as ECF No. 93-1 shall be deemed filed as of the date of this Order.

    DONE AND ORDERED in Miami, Florida this ___ day of _____ 2024.

_____
K. MICHAEL MOORE
United States District Judge

Copies to counsel via cm/ecf