UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MIL MUJERES, INC,                              CASE NO.: 23-cv-14056-KMM

   *Plaintiff,*

v.

RUBIC, LLC and KATERYNA PANOVA,

   *Defendants.*
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, Mil Mujeres, Inc. ("Plaintiff"), by and through the undersigned counsel, hereby files this Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings, and in support thereof, states as follows:

1. On or about January 26, 2024, the Defendant filed its Motion for Judgment on the Pleadings (the "Motion") [D.E. 88].

2. Plaintiff's Response is due on or about February 9, 2024.

3. The Plaintiff requests an extension of 14-days through and including February 23, 2024, within which to respond to the Motion, as they are in need of additional time to respond to the Motion.

4. This Motion is not being filed for purposes of delay and granting of an extension will not prejudice the Defendants. Defendants' counsel has represented that they do not oppose the relief sought herein or the requested extension of time.

136124206.1

WHEREFORE, Plaintiff kindly requests that this Court grant them a 14-day extension of time through and including February 23, 2024, to respond to the Defendants' Motion for Judgment on the Pleadings and for any further relief this Court may deem just and proper.

**CERTIFICATE OF GOOD FAITH
CONFERENCE PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1 counsel for the Plaintiffs hereby certifies that he has successfully communicated with Defendant's counsel, James Slater, Esq., on February 8, 2024, and Defendants' counsel has agreed to the relief set forth in this motion.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By:/s/ *David H. Haft* _____
David H. Haft, Esq.
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February 2024, a true and correct copy of the foregoing was filed via the CM/ECF system, which will serve a true and correct copy of the same to all attorneys of record.

**James M. Slater, Esq.**
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Email: james@slater.legal
*Attorney for Defendants*

By: */s/ David H. Haft*
     David H. Haft, Esq.

136124206.1   3