**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

MIL MUJERES, INC,                              CASE NO.: 23-cv-14056-KMM

    *Plaintiff,*

v.

RUBIC, LLC and KATERYNA PANOVA,

    *Defendants.*
_____/

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**THIS CAUSE** came before the Court on the Plaintiff's Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings (the "Motion") [D.E.   ]. The Court having considered the Motion, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED.**

2. The Plaintiff shall file their Response on or before February 23, 2024.

**DONE AND ORDERED** in Fort Pierce, Florida, this _____ day of February 2024.

                                                                                    _____
                                                                                    K. MICHAEL MOORE
                                                                                    UNITED STATES DISTRICT JUDGE

Copies provided to: all parties and counsel of record.