UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MIL MUJERES, INC,   CASE NO.: 23-cv-14056-KMM

    *Plaintiff,*

v.

RUBIC, LLC and KATERYNA PANOVA,

    *Defendants.*

_____/

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, Mil Mujeres, Inc. ("Plaintiff"), by and through the undersigned counsel, hereby files this Second Motion for Extension of Time to File Response to Defendants' Motion for Judgment on the Pleadings, and in support thereof, states as follows:

1. On or about January 26, 2024, the Defendant filed its Motion for Judgment on the Pleadings (the "Motion") [D.E. 88].

2. Plaintiff's Response is due on or about February 23, 2024.

3. The Plaintiff requests an extension of 14-days through and including March 8, 2024, within which to respond to the Motion, as they are in need of additional time to respond to the Motion.

4. This Motion is not being filed for purposes of delay and granting of an extension will not prejudice the Defendants.

WHEREFORE, Plaintiff kindly requests that this Court grant them a 14-day extension of time through and including March 8, 2024, to respond to the Defendants' Motion for Judgment on the Pleadings and for any further relief this Court may deem just and proper.

1

## CERTIFICATE OF GOOD FAITH
## CONFERENCE PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1 counsel for the Plaintiffs hereby certifies that he has attempted to contact Defendants' counsel but has been unable to do so.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for Plaintiff*
110 Southeast Sixth Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone: (954) 728-1280
Facsimile: (954) 678-4090
E-Service: ftlemaildesig@lewisbrisbois.com

By:/s/ *David H. Haft* _____
David H. Haft, Esq.
Florida Bar No.: 68992
david.haft@lewisbrisbois.com
aviva.pasternak@lewisbrisbois.com