UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

MIL MUJERES, INC,                                          CASE NO.: 23-cv-14056-KMM

    *Plaintiff,*

v.

RUBIC, LLC and KATERYNA PANOVA,

    *Defendants.*

_____/

**ORDER ON PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**

**THIS CAUSE** came before the Court on the Plaintiff's Motion for Extension of Time to File Response to Defendants' Second Motion for Judgment on the Pleadings (the "Motion") [D.E. ]. The Court having considered the Motion, and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED.**

2. The Plaintiff shall file their Response on or before March 8, 2024.

**DONE AND ORDERED** in Fort Pierce, Florida, this _____ day of February 2024.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided to: all parties and counsel of record.