UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIL MUJERES, INC.,

    Plaintiff,

v.

RUBIC, LLC, *et ano.*,

    Defendant.

Case No. 2:23-cv-14056-KMM

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, the parties respectfully notify the Court that the parties have reached a settlement in this case whereby all parties will stipulate to a dismissal of the action with prejudice with each side to bear their own fees and costs. Counsel are in the process of drafting their settlement papers, and respectfully request that the Court vacate all pending deadlines, deny all pending motions as moot, and administratively close this case while the parties finalize their settlement papers and complete all conditions of settlement. Counsel would ask the Court permit 30 days for the parties to complete those matters, at which time the parties would file a joint stipulation of dismissal.

Respectfully submitted this 1st day of March 2024:

**David H. Haft**
David H. Haft (FBN 68992)
Manpreet Uppal-Gupta (FBN 1019779)
Nicholas H. Esser (FBN 121832)
Lewis Brisbois Bisgaard & Smith LLP
110 SE 6th Street, Suite 2600
Tel. (954) 828-0357
Fax (954) 678-4090
David.Haft@lewisbrisbois.com
Manpreet.Uppal-Gupta@lewisbrisbois.com
nicholas.esser@lewisbrisbois.com
*Attorneys for Plaintiff*

**James M. Slater**
James M. Slater (FBN 111779)
Slater Legal PLLC
113 S. Monroe Street
Tallahassee, FL 32301
Tel.: (305) 523-9023
james@slater.legal
*Attorneys for Defendants*

**Certificate of Compliance with CM/ECF Administrative Procedure 3J(3)**

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Plaintiff consented to the filing of this notice and authorized the undersigned in writing to sign for Plaintiff's counsel.

**James M. Slater**
James M. Slater