UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIL MUJERES, INC.,

    Plaintiff,

v.

RUBIC, LLC, *et ano.*,

    Defendant.

Case No. 2:23-cv-14056-KMM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Dated: March 7, 2024

| | |
|---|---|
| **David H. Haft**<br>David H. Haft (FBN 68992)<br>Manpreet Uppal-Gupta (FBN 1019779)<br>Nicholas H. Esser (FBN 121832)<br>Lewis Brisbois Bisgaard & Smith LLP<br>110 SE 6th Street, Suite 2600<br>Tel. (954) 828-0357<br>Fax (954) 678-4090<br>David.Haft@lewisbrisbois.com<br>Manpreet.Uppal-Gupta@lewisbrisbois.com<br>nicholas.esser@lewisbrisbois.com<br>*Attorneys for Plaintiff* | **James M. Slater**<br>James M. Slater (FBN 111779)<br>Slater Legal PLLC<br>113 S. Monroe Street<br>Tallahassee, FL 32301<br>Tel.: (305) 523-9023<br>james@slater.legal<br>*Attorneys for Defendants* |

## Certificate of Compliance with CM/ECF Administrative Procedure 3J(3)

I hereby certify that, pursuant to CM/ECF Administrative Procedure 3J(3), counsel for Plaintiff consented to the filing of this stipulation and authorized the undersigned in writing to sign for Plaintiff's counsel.

                                              **James M. Slater**
                                              James M. Slater